UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUZGO PHIRI<br>   (a/k/a "Malcolm Tucker,"<br>   "David Campbell," "Eric Brooks,"<br>   "Aaron Brooks," "John Sanders,"<br>   "Jamaal Brooks," and "Brady<br>   Jones"),<br><br>                           **Defendant.** | Case: 1:22-mj-00066<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 03/18/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

### AFFIDAVIT IN SUPPORT OF CRIMINAL
### <u>COMPLAINT AND ARREST WARRANT</u>

I, Special Agent Christopher Pepper, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent Criminal Investigator with the United States Secret Service ("USSS"). I make this affidavit in support of a criminal complaint and an arrest warrant charging SUZGO PHIRI ("PHIRI") with wire fraud in violation of 18 U.S.C. § 1343, bank fraud in violation of 18 U.S.C. § 1344, money laundering in violation of 18 U.S.C. § 1956, conspiracy to commit wire fraud and bank fraud in violation of 18 U.S.C. § 1349, conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), and aggravated identity theft in violation of 18 U.S.C. § 1028A.

2. I have been in this position since September 2018 and assigned to the Washington Field Office in Washington, D.C. I have completed the Federal Law Enforcement Training

Center's 12-week Criminal Investigation Training Program in addition to the 18-week USSS Special Agent Training Program follow-up academy. During these trainings, I have received detailed training in both academic and practical application of investigative techniques involving counterfeiting, bank fraud, wire fraud, access device fraud, money laundering, identify theft, and other financial crimes. As a federal agent, I am authorized to investigate violations of laws of the United States, and execute warrants issued under the authority of the United States. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge about this matter.

**PROBABLE CAUSE**

4. During this investigation, the Montgomery County Police Department ("MCPD") and the USSS have developed evidence showing that from at least May 2018 to the present, PHIRI has engaged in multiple fraud schemes to include: (1) a "tipping" scheme that exploits prepaid stored-value cards and merchant services; (2) renting apartments under fraudulent identities and never paying rent to the landlord, causing a loss; (3) renting cars under fraudulent identities that were never returned or never paid for; (4) acquiring the identities and Personally Identifiable Information ("PII") of at least 672 people; (5) utilizing PII of other persons in financial fraud.

*The Tipping Scheme*

5.    Law enforcement has learned that PHIRI and others have engaged in a tipping scheme involving pre-paid American Express ("AMEX") stored-value cards. Based on evidence gathered to date and described below, investigators believe that this scheme involved the following manner and means:

a.    PHIRI and others obtained the personal identifying information ("PII") for numerous individuals without their consent. PHIRI and others then opened numerous new credit accounts and bank accounts with various financial institutions using the PII of those individuals (the "Alias Accounts").

b.    PHIRI and others set up numerous accounts with Square, Inc., using the PII of numerous individuals (the "Square Accounts"). Square is a mobile payment company, which allows merchants to use an application on a mobile device with a portable point-of-sale ("POS") credit card reader to swipe credit cards and debit cards as forms of payment for goods and services. When a merchant processes a payment with Square, the merchant or customer has the option to add a tip to the payment amount.

c.    Using credit cards associated with the Alias Accounts, PHIRI and others then purchased numerous AMEX stored value cards (the "Stored Value Cards") from merchants located in the District of Columbia and elsewhere.

d.    PHIRI and others then made numerous "purchases" from the Square Accounts in the amount of $1.00 using each of the Stored Value Cards. For each of these one dollar transactions, PHIRI and others added a tip amount to the purchase—usually five dollars, but sometimes another amount. Square credited the full amount of the "purchase" plus the "tip" (i.e., $6.00) to the Square Accounts but, due to deficiencies with AMEX's payment protocols

and its intermediary's payment processing, only $1.00 was deducted from each Stored Value Card. PHIRI and others repeated this process numerous times for each Stored Value Card until the Stored Value Cards no longer had value.

    e.  By way of example, a Stored Value Card having a value of $20.00 could be swiped twenty times for one-dollar transactions with a tip amount of $5.00 on each transaction. Thus, a single $20.00 Stored Value Card could generate $120.00 in fraudulent "purchases" that would be credited to the Square Account before the Stored Value Card would run out of value.

    f.  Before the fraudulent "purchases" could be detected, PHIRI and others quickly moved funds from the Square Accounts into the Alias Accounts at financial institutions. PHIRI and others then removed these funds using cash ATM withdrawals in the District of Columbia and elsewhere. Ultimately, because AMEX honored the "tips" charged to the Square accounts after the fraud/lack of value on the AMEX card used, AMEX incurred the loss associated with the fraudulent "tip" amount.

  8.  For example, I am aware that PHIRI opened a Square Account and an Alias Account at Wells Fargo using the PII of a person named Brady Jones (SSN: xxx-xx-7999). PHIRI and others purchased numerous AMEX Stored Value Cards and processed thousands of transactions using the "Brady Jones" Square Account. During the scheme, between October 2018 and January 2019, PHIRI and others processed more than 28,000 fraudulent transactions in that Square Account with a total value over $290,000. PHIRI and others were then able to transfer some of those funds—approximately $108,000—to the account in the name of Brady Jones at Wells Fargo. PHIRI and others then withdrew all of those funds through ATM withdrawals, POS transactions, and other transfers.

9.      During my investigation, I have learned that PHIRI and others repeated this "tipping" scheme using thousands of stored value cards and earned approximately $10,000.00 per week. To date, law enforcement has identified no less than 34 different Square Accounts that PHIRI and others used for conducting fraudulent AMEX transactions. An analysis of the records for those 34 accounts shows that PHIRI and others obtained more than $700,000 in fraudulent proceeds from the scheme during at least the period of June 2018 through May 2019.

10.     As part of the investigation, law enforcement interviewed W-1 on July 1, 2019. W-1 is a former girlfriend of PHIRI and mother to his five (5) year old daughter. W-1 reported that among other things, PHIRI used the aliases and fake identification cards to open bank accounts and credit cards that he then used to deposit the money he fraudulently obtains using his AMEX stored value card scheme. W-1 found out about the "tipping" scheme during the summer of 2018. W-1 personally participated in the scheme by swiping prepaid AMEX cards at PHIRI's direction.

### *"Malcolm Tucker"*

11.     On November 28, 2018, the MCPD stopped PHIRI for a traffic infraction. Their investigation revealed that at the time of that traffic stop, PHIRI was driving a rental vehicle that had been rented by "Malcolm Tucker" on April 4, 2018—seven months earlier—from Enterprise Rent-A-Car of Montgomery County, Maryland, and never returned. Their investigation also showed that PHIRI had placed Florida Transporter Tags on the vehicle to conceal its true registration. In a search of the vehicle, investigators found numerous mail matter items addressed to "Malcolm Tucker" and "John Sanders" at 710 Roeder Road, Apartment 1205, Silver Spring, Maryland; an Experian credit report for "Malcolm Tucker"; a checkbook for an account belonging to "David Campbell"; U.S. currency in the amount of $5,800; and various bank credit and debit cards for "Brady Jones" and "John Sanders." According to Enterprise Rent-A-Car, the stolen vehicle had a value of $27,404.00 at the time of the traffic stop. PHIRI was placed under arrest and charged with Unlawful Taking of a

5

Motor Vehicle and other charges at the time of the traffic stop although the State's Attorney for Montgomery County entered a *nolle prosequi* as to those charges.

12.     In further investigation of the traffic stop, law enforcement contacted the rental office for 710 Roeder Road, Apartment 1205, Silver Spring, Maryland.  The rental office provided a lease signed by "Malcolm Tucker" for Apartment 1205; a Social Security card for "Malcolm Tucker"; and a South Carolina driver's license for "Malcolm Tucker" with a picture of PHIRI.

 

13.     According to the rental office's records, "Malcolm Tucker" had leased the apartment at a rate of $2,325 per month beginning on May 15 and—with the exception of a partial payment for the month of May—Tucker had paid no rent with arrears of $15,896.  PHIRI (a/k/a "Malcolm Tucker") was evicted from the property in or about December 2018.

14.     The Experian credit report for "Malcolm Tucker" that law enforcement recovered from the car PHIRI was driving on November 28, 2018, showed that Tucker had recently applied to rent an apartment at 28 K Street SE, Washington, D.C.  Law enforcement contacted the property management company for that building and learned that "Malcolm Tucker" (SSN:xxx-xx-3707) had leased apartment 1211 in that building at a monthly rent of $5,675.  In his application for the apartment, "Tucker" stated that he was a "Web Development/IT Spec[ialist]" for "Mon Tresor Hair Co." with a monthly income of $12,060.  Tucker also provided the management company with a fraudulent 2016 W-2 showing annual wages of $217,000.  A law

6

enforcement officer showed a picture of PHIRI to a staff member at 28 K Street who confirmed that PHIRI was the same "Malcolm Tucker" who had leased apartment 1211. According to the property management company for 28 K Street, PHIRI (a/k/a "Malcolm Tucker") had leased apartment 1211 from May 2018 through February 2019 and had arrears and fees of $35,167.50.

15. Law enforcement also learned during this investigation that PHIRI (a/k/a "Malcolm Tucker") leased furniture for his Washington, D.C. apartment from a furniture staging company called Wall Home Staging LLC. "Tucker" signed a rental agreement with that company and agreed to pay a $2,500 staging fee and to pay $800 per month for furniture. "Tucker" never paid for those staging services or the furniture rentals causing a loss to Wall Home Staging of $7,300.

16. According to the Social Security Administration, the Social Security number used by PHIRI for "Tucker" (xxx-xx-3707) actually belongs to a real person, Marcum Tucker, with DOB xx/xx/2014.

*"Eric Brooks"*

17. On February 1, 2019, while PHIRI (a/k/a "Malcolm Tucker") was still living at 28 K Street, SE, Apartment 1211, the Metropolitan Police Department ("MPD") and MCPD executed a search warrant at that address. Investigators recovered many items of evidentiary value such as Square credit card readers and cell phones that had been used in the tipping scheme described above; debit cards and credit cards for "Malcolm Tucker" and "Brady Jones" from Ally Bank, Wells Fargo, TD Bank, and Capital One; numerous stored value pre-paid AMEX cards; and a fake Maryland driver's license with the name of "Eric Jacob Brooks" (DOB: XX/XX/1987) and PHIRI's photograph:

7



18.     During this investigation, law enforcement learned that PHIRI used the alias "Eric Brooks" to lease an apartment located at 8250 Georgia Avenue, No. 1413, Silver Spring, Maryland. The lease was for a term of thirteen months beginning on February 1, 2020, at a monthly rent of $2,669. In applying for the apartment, "Eric Brooks" provided the following personal information:

> DOB: 3/19/1987
> MD Driver's License: B620234356207
> Home Address: 10100 Georgian Lane, Upper Marlboro, MD
> Phone: ***-***-4969
> Email: brookseric***@***
> Emergency Contact: David Campbell

The landlord for 8250 Georgia Avenue reported to law enforcement that PHIRI (a/k/a "Eric Brooks") failed to make monthly payments as required by the lease and sought to evict PHIRI from the apartment. On or about October 25, 2021, the Circuit Court for Montgomery County ordered that PHIRI be evicted. At the time of eviction, PHIRI owed more than $30,000 in unpaid rent and associated fees.

19.     Investigators have learned that just before being evicted from 8250 Georgia Avenue, No. 1413, PHIRI leased another residence using the alias "Eric Brooks" located at 705 River Mist Drive, Oxen Hill, Maryland. The lease for that property was for the period of October 2021 through September 2023 at a monthly rate of $4,100. In applying for the property, PHIRI (a/k/a "Eric Brooks") provided the same email address and phone number that PHIRI had

8

used when applying for his previous apartment at 8250 Georgia Avenue. At the present time, PHIRI has failed to make rent payments for 705 River Mist Drive and the landlord intends to pursue eviction.

20.     Additionally, investigators have also learned that PHIRI has used the alias "Eric Brooks"—as well as the identity of PHIRI's ex-wife—to enroll twice in a car subscription service. On December 21, 2021, the United States Capitol Police ("USCP") conducted a traffic stop at 1100 12th Street NW of a white Tesla bearing D.C. registration GN5025 based on prior knowledge of the vehicle being reported stolen. The USCP identified PHIRI as the driver by a United States Passport Card. PHIRI was placed under arrest for unauthorized use of a motor vehicle and receiving stolen property. In a search incident to his arrest, two driver's licenses—one for "Eric Brooks" and one for "Stephan Chongo"—were were found in PHIRI's possession but both had PHIRI's picture.



When asked about the identification cards, PHIRI stated he used them for rap videos. After PHIRI was transported to 119 D Street NE, Washington D.C., for processing, two debit cards for "Eric Brooks" were located in his possession.

21.     The white Tesla that PHIRI was driving at the time of the December 21 traffic stop had been reported stolen by Steer, a D.C.-based car subscription service. Investigators contacted Steer and learned that the Tesla was last being used by "Brandi Phiri" who had joined Steer as a subscriber in or about June 2021. Steer reported the vehicle to MPD as stolen earlier

in December 2021 after "Brandi Phiri" had failed to pay the monthly subscription fee and had failed to return the vehicle when asked. According to Steer's records, "Brandi Phiri" had provided the following personal information when she became a subscriber:

>Maryland License: P-600-098-765-298
>Address: 15703 Tibberton Terrace, Upper Marlboro, MD
>Phone: \*\*\*-\*\*\*-7070
>Work Address: 8250 Georgia Avenue, Silver Spring, MD

During this investigation, I have learned that PHIRI married Brandi Ford on or about July 2, 2015, and Brandi Ford changed her last name to Phiri. However, "Brandi Phiri" had her last name restored to Ford by a divorce decree entered in Maryland on or about February 14, 2019. The address that "Brandi Phiri" provided to Steer, 15703 Tibberton Terrace, is for a property that Brandi Ford once owned but has sold. The "work address," 8250 Georgia Avenue, is also false; that is the address for PHIRI's apartment from which PHIRI was evicted in October 2021. And the phone number provided to become a subscriber, \*\*\*-\*\*\*-7070, is for a cell phone that I know belongs to PHIRI.[1]

22.   In discussing this matter with Steer, investigators have learned that "Eric Brooks" was also a Steer subscriber from January 2020 until February 2021. When "Eric Brooks" joined Steer as a member, he provided Steer with a Maryland driver's license with a picture of PHIRI:



---

[1] On September 15, 2021, PHIRI drove the white Tesla into a cyclist near his Georgia Avenue apartment. MCPD responded to the crash scene and PHIRI provided his U.S. Passport Card as identification. PHIRI also provided MCPD with the same phone number \*\*\*-\*\*\*-7070 as PHIRI's personal number.

PHIRI (a/k/a "Eric Brooks") also provided Steer with a home address of 15703 Tibberton Terrace, Upper Marlboro, Maryland. Steer's records show that the company terminated the subscription of PHIRI (a/k/a "Eric Brooks") due to a violation of their terms after he left the scene of an accident he caused and totaled the vehicle.

23. According to Steer, PHIRI (a/k/a "Brandi Phiri" and "Eric Brooks") has caused more than $10,000 in losses to their company.

### *January 2021 Entry from the Dominican Republic*

24. On January 11, 2021, PHIRI was detained by Customs and Border Patrol ("CBP") as well as Homeland Security Investigation ("HSI") for suspicious travel behavior while returning to the United States from the Dominican Republic. In the course of speaking with PHIRI, CBP and HSI learned that PHIRI was wanted on a local warrant for failure to appear for traffic court. A search of PHIRI's person revealed incident to his arrest the following items:

- a fake Maryland Driver's License with the alias of "Eric Brooks" and PHIRI's Photo;
- an Australian Driver License with the alias "Jamaal Brooks" and PHIRI's photo;
- two Quebec Driver's Licenses with PHIRI's name and photo;
- credit cards in the name of "Eric Brooks," "Aaron Brooks," and "Joseph K Sipho Phiri";
- four Square card readers;
- a grey Apple laptop Computer; and
- four Apple iPhones.

25. These items were collected and stored by the Maryland Transportation Authority incident to PHIRI's arrest on the open warrant for his failure to appear in court. PHIRI was then transported to the Anne Arundel County Detention Center to satisfy the arrest warrant. Law enforcement obtained a further search warrant for the laptop and iPhones recovered incident to PHIRI's arrest on January 11, 2021. In searching those devices, law enforcement found

numerous items of evidentiary value including five Apple Note documents which collectively contained the personal identifying information of 672 different people.[2]

## CONCLUSION

26.     Based on my training and experience, and the information provided in this affidavit, there is probable cause to believe that SUZGO PHIRI unlawfully, willingly, and knowingly violated 18 U.S.C. §§ 1343 (wire fraud), 1344 (bank fraud), 1349 (conspiracy), 1956 (money laundering), and 1028A (aggravated identity theft).

Respectfully submitted,



Christopher Pepper
Special Agent
United States Secret Service

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3)
by telephone on this 22 day of March 2022:

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] For each of these 672 people, PHIRI was in possession of the following: first name, middle name, last name, spouse's name, fathers name, mother's maiden name, complete billing address, phone number, full credit card number, type of credit card, expiration date, CVV2 security code, Social Security number, and full date of birth.